

"UNDER SEAL"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:12CR 32 |
| ) | |
| vs. ) | **ORDER TO SEAL INDICTMENT** |
| ) | |
| DEIDRE MICHELLE BASHAM, ET. AL. ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, Warrant, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 17 day of April, 2012.

_____
MAGISTRATE JUDGE